UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ADAMS,

                Plaintiff,        21-cv-6779 (JGK)

     - against -           ORDER

GENIOR INC. et al.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 15, 2021.

SO ORDERED.

Dated:    New York, New York
          October 1, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                             United States District Judge