UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA ADAMS,

                Plaintiff,

                                                  21 civ 6779 (JGK)

      -against-

GENIOR, INC., et al.,

                Defendants.
------------------------------------------------------------X

## ORDER

The Court, having issued a scheduling order on October 15, 2021, hereby cancels the initial conference scheduled for Monday, November 29, 2021, at 12:00pm.

**SO ORDERED.**

                                                     **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 18, 2021