2a7e02b1a94f1d8c

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAMS,

                Plaintiff,          21-cv-6779 (JGK)

       - against -          ORDER

GENIOR INC. ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

The parties were required to submit a Joint Pre-Trial Order by May 9, 2022, but have failed to do so. The time is extended to **May 27, 2022.** If the parties fail to submit the Joint Pre-Trial Order by that date the case will be dismissed for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
         May 17, 2022

                              John G. Koeltl
                       United States District Judge